**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> SHANXIJIARUIXINFENGJIANZHULAOWU YOUXIANGONGSI, et al., <br><br> Defendants. | Case No. 26-cv-01162 <br><br> **Chief Judge Virginia M. Kendall** <br><br> **Magistrate Judge Jeannice W. Appenteng** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss & Co. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Shreney | 5 |
| shuaikushangmao | 6 |
| SniugCosa | 12 |
| SongKedora-US | 13 |
| taihong888 | 18 |
| Threalsww | 22 |
| Tsubokmuku | 24 |
| Ueuiu | 28 |
| VerdeBloom | 31 |
| WisePoint | 38 |
| YeWanXing | 54 |
| YFcaiheng | 56 |
| Yimshop | 61 |
| Siweip | 64 |
| YINGDUADS | 72 |
| Qawer | 74 |
| Yikuns | 84 |

Dated this 5th day of March 2026.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Jennifer M. Younan
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
jyounan@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*