

**FILED**

APR 23 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

312-435-5670

**Thomas G. Bruton**
**Clerk**

| | |
|---|---|
| Levi Strauss & Co. ) <br> v. ) <br> ) <br> ) <br> The Partnerships and Unincorporated ) <br> Associations Identified on Schedule A ) <br> ) <br> ) | USDC Case Number: 1:26-cv-01162 <br><br> Judge: Virginia M. Kendall |

### Notice of Removal of Material
### from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Levi Strauss & Co.

Description:

| 02/13/2026 | view29 | SURETY BOND in the amount of $ 10,000.00 posted by Levi Strauss & Co. (Document not scanned.) (lw, ) (Entered: 02/18/2026) |
|---|---|---|

I, John Summerfield, am authorized to remove the above described documents from the court.

Signature: _____

By: E. Calasanz
   /s/ Deputy Clerk

Firm: Greer, Burns & Crain Ltd.

Date: 4/23/2026

Rev. 09/23/2016



| | CHICAGO OFFICE | SAN DIEGO OFFICE |
|---|---|---|
| | 200 W. Madison Street | 12636 High Bluff Drive |
| | Suite 2100 | Suite 400 |
| | Chicago, IL 60606 | San Diego, CA 92130 |
| | P. 312.360.0080 | P. 858.724.2145 |
| | F. 312.360.9315 | |
| | | **GBC.LAW** |

April 23, 2026

**<u>VIA HAND DELIVERY</u>**

Finance Department
U.S. District Court
Northern District of Illinois
219 S. Dearborn St., 20th Flr.
Chicago, IL 60604

Re:    U.S. District Court Northern District of Illinois

To whom it may concern:

Please release bonds in the amount of $10,000 to the custody of John Summerfield for the cases listed below.

| Case No. | Judge | Docket Entry No. |
|---|---|---|
| 26cv1162 | Kendall | #29 |

Very truly yours,

GREER, BURNS & CRAIN, LTD.

Justin R. Gaudio
Direct 312-987-2922 | jgaudio@gbclaw.net

JRG:jgs