**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEVI STRAUSS & CO., | |
| Plaintiff, | Case No. 26-cv-01162 |
| v. | **Chief Judge Virginia M. Kendall** |
| SHANXIJIARUIXINFENGJIANZHULAOWU YOUXIANGONGSI, et al., | **Magistrate Judge Jeannice W. Appenteng** |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss &

Co. ("Plaintiff") hereby dismisses this action as to the following Defendant:[1]

| Defendant Name | Line No. |
|---|---|
| Still Snow | 16 |

Dated this 30th day of April 2026.          Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Jennifer M. Younan
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
jyounan@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*

---

[1] With the dismissal, the above captioned case can be terminated.